ORIGINAL

| | |
|---|---|
| MELINDA HAAG (CABN 132612)<br>United States Attorney<br><br>MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division<br><br>PATRICIA SPALETTA (CABN 156788)<br>Special Assistant United States Attorney<br><br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 522-6031<br>Fax: (415) 436-7234<br>Email: Patricia.Spaletta@usdoj.gov<br><br>Attorneys for the United States | FILED<br>JAN 24 2011<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JORGE CRUZ-MARTINEZ,<br><br>    Defendant. | No. CR 10-0205 JSW<br><br>**PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

To the Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner JORGE CRUZ-MARTINEZ. The prisoner is required to appear in the above-referenced matter forthwith for his initial appearance before the

//

//

//

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM;
CR 10-0205 JSW

1  Duty Magistrate and at all times thereafter until final disposition of his case. His place of
2  custody and jailor are set forth in the requested Writ, attached hereto.

3  DATED: January 24, 2011                    Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                              /s/
                                              PATRICIA SPALETTA
                                              Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 24/Jan 2011

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM;
CR 10-0205 JSW                                2

| | |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | To: **Federico Rocha, United States Marshal for the Northern District of California; any of** |
| 3 | **his authorized deputies; and Vince Cullen, Warden of San Quentin State Prison; any of his** |
| 4 | **authorized officers; San Quentin State Prison, 1 Main Street, San Quentin, CA 94964.** |
| 5 | **GREETINGS** |

WE COMMAND that you have and produce the body of JORGE CRUZ-MARTINEZ a/k/a Jorge Cruz (DOB 4/30/77; CDC # AE8363), in your custody at San Quentin State Prison, 1 Main Street, San Quentin, CA 94964, FORTHWITH before the United States District Court in and for the Northern District of California, in the Courtroom of the Duty Magistrate, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so that JORGE CRUZ-MARTINEZ, may then and there appear for an initial appearance upon the charges filed against him in the above-captioned case and at all times thereafter until a final disposition in his case. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of California.

DATED: 1/24/2011

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

ROSE MAHER

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM;
CR 10-0205 JSW                                3